# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |
| This Document Relates To All Cases Listed in Exhibit A | **ORDER TO DISMISS THE CASES LISTED ON EXHIBIT A SUBJECT TO PLAINTIFF PROFILE FORM ORDER TO SHOW CAUSE** |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management LLC, f/k/a LTL Management LLC, ("Defendants"), for entry of an Order to Show Cause as to why Plaintiffs listed in the attached **Exhibit A** should not have their cases dismissed with prejudice for failure to show good cause, in response to the Order to Show Cause entered on April 16, 2025 [ECF Nos. 33662, 33664]; and for good cause shown;

IT IS on this ___25th___ day of _____June_____, 2025

**ORDERED** that:

The cases listed in the attached **Exhibit A** are hereby dismissed with prejudice for Plaintiffs' failure to show good cause why their cases should not be dismissed, as required by the Orders to Show Cause entered on April 16,

2025 [ECF Nos. 33662, 33664] regarding Plaintiffs' PPF deficiencies.

Honorable Michael A. Shipp, U.S.D.J.

# EXHIBIT A

**Second Amended Plaintiff Profile Form Deficiency List**
**Cases Subject to the April 16, 2025 Order to Show Cause – ECF No. 33662**

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 1. | Sana Aboukar | Wagstaff Law Firm | 3:21-cv-18356 |
| 2. | Donnie Brown, Bobbie Palmer | Ava Law Group, Inc. | 3:21-cv-16033 |
| 3. | Dolly A. Hines | Ava Law Group, Inc. | 3:21-cv-17440 |
| 4. | Tammy Artis | Ava Law Group, Inc. | 3:23-cv-13510 |
| 5. | Carolyn Scearce | Bachus & Schanker LLC | 3:21-cv-15763 |
| 6. | Elaine Kolodziej | Breit Law PC | 3:21-cv-00223 |
| 7. | Elaine Kolodziej | Breit Law PC | 3:21-cv-00497 |
| 8. | Willodean Salter | Champ Lyons III, PC | 3:21-cv-01708 |
| 9. | Roberta Moreland | Cory, Watson, Crowder & Degaris, P.C. | 3:21-cv-19698 |
| 10. | Shari Grimes | Davis, Bethune & Jones, L.L.C. | 3:21-cv-09178 |
| 11. | Maricella Ochoa | Davis, Bethune & Jones, L.L.C. | 3:21-cv-16551 |
| 12. | Daleda Deshong | Davis, Bethune & Jones, L.L.C. | 3:21-cv-16919 |
| 13. | Lan Lam | Dennis Law Firm// Edward F. Luby, LLC | 3:21-cv-16685 |
| 14. | Danielle Doman | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13441 |
| 15. | Janice Figures | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13441 |
| 16. | Carrie Roberts | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13443 |

2

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 17. | Patricia Robinson | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13443 |
| 18. | Celia Salazar | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13443 |
| 19. | Maria Soto | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13447 |
| 20. | Mary Lansdale | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13450 |
| 21. | Sherry Martin | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13450 |
| 22. | Browning Bruhn | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13451 |
| 23. | Kathy Hillin | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13454 |
| 24. | Maria Howe | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, | 3:21-cv-13454 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| | | Calcagnie, Robinson, Shapiro, Davis, Inc. | |
| 25. | Lakesha Hunter | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13454 |
| 26. | Donna Jamison | Donald L. Schlapprizzi P.C.// Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13454 |
| 27. | Lauren Alter | Driscoll Firm, P.C. | 3:23-cv-13093 |
| 28. | Cheri Hoover | Driscoll Firm, P.C. | 3:23-cv-13586 |
| 29. | Eunice Bridges | Driscoll Firm, P.C. | 3:23-cv-13634 |
| 30. | Tory Gotel | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-09993 |
| 31. | Pinnie Miles | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10078 |
| 32. | Dionne Steele | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10161 |
| 33. | Tansha Tart | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10289 |
| 34. | Melissa Jacks | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10552 |
| 35. | Tina Goodwin | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10619 |
| 36. | Ramona Dreiling | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10958 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 37. | Shari McLoughlin | Heninger Garrison Davis, LLC | 3:21-cv-08532 |
| 38. | Jacob Banks | Heninger Garrison Davis, LLC | 3:21-cv-12820 |
| 39. | Denise Dobe, Louis Magdziak | Heninger Garrison Davis, LLC | 3:21-cv-17816 |
| 40. | Brittney Kaiser | Heninger Garrison Davis, LLC | 3:21-cv-17817 |
| 41. | Laura Loder | Heninger Garrison Davis, LLC | 3:21-cv-17818 |
| 42. | Gaylyn Herro, Mark Herro | Heninger Garrison Davis, LLC | 3:21-cv-17819 |
| 43. | Ronald Powell, Sr. | Heninger Garrison Davis, LLC | 3:21-cv-17853 |
| 44. | Angela Reynolds | Kirtland & Packard, LLP | 3:21-cv-11396 |
| 45. | LeeAnn Liddle | Kirtland & Packard, LLP | 3:21-cv-17451 |
| 46. | Amanda Cramer | Kirtland & Packard, LLP | 3:21-cv-17608 |
| 47. | Aida Xhaxho-Skezas | Kirtland & Packard, LLP | 3:21-cv-17619 |
| 48. | Sharon Lipe | Law Offices of Donald G. Norris | 3:23-cv-04667 |
| 49. | Tammy Daffin | Lenze Kamerrer Moss, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc | 3:21-cv-15230 |
| 50. | Patricia Dias | Lenze Kamerrer Moss, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc | 3:21-cv-15661 |
| 51. | Rosa Gordon | Lenze Kamerrer Moss, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc | 3:21-cv-15753 |
| 52. | Maria Howe | Lenze Lawyers, PLC | 3:21-cv-15437 |
| 53. | Susie Mouat | Lenze Lawyers, PLC | 3:21-cv-15984 |
| 54. | Bettie Walker, Kelly Flynn, | Lenze Lawyers, PLC// Robinson, Calcagnie, | 3:21-cv-14748 |

5

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| | Estate of Bettie Walker | Robinson, Shapiro, Davis, Inc. | |
| 55. | Christy Willett | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14780 |
| 56. | Claudia Martin | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14785 |
| 57. | Deborah Secrest-Kent | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14812 |
| 58. | Debra Nelson | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14822 |
| 59. | Deena Corkins | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14824 |
| 60. | Denise Hunold | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14828 |
| 61. | Diana Aparicio | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14833 |
| 62. | Diana Ocampo | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14835 |
| 63. | Elipihna Ramon | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14858 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 64. | Erlinda Garcia | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14864 |
| 65. | Esther Key | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14867 |
| 66. | Everlyn Davis | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14870 |
| 67. | Faith Dorcil | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14872 |
| 68. | Gliceria Williams | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14880 |
| 69. | Gloria Kimble | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14884 |
| 70. | Hannah Nelson | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14886 |
| 71. | Helen Ferriby | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14890 |
| 72. | Ivy Hutzler | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14906 |
| 73. | Jacqueline Reynolds | Lenze Lawyers, PLC// Robinson, Calcagnie, | 3:21-cv-14910 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| | | Robinson, Shapiro, Davis, Inc. | |
| 74. | Jacqueline Speight | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14911 |
| 75. | Janine Deken | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14920 |
| 76. | Jannie James | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14921 |
| 77. | Jean Bruhn | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14922 |
| 78. | Jean Geary | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14923 |
| 79. | Jennifer Ellis | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14926 |
| 80. | Jill Moore | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14933 |
| 81. | Joan Mager | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14935 |
| 82. | Joan Owen | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14936 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 83. | Judith Williams | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14948 |
| 84. | Kristi Gonzalez | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15057 |
| 85. | Lacole Hunt | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15060 |
| 86. | Lesa Hobbs | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15112 |
| 87. | Brittany Smosny, The Estate of Debra Crusha | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15176 |
| 88. | Misty Rose Elliott | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15193 |
| 89. | Maria Myers | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15439 |
| 90. | Amanda Richardson | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15456 |
| 91. | Marisol Petrefski | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15464 |
| 92. | Stephanie Logan | Lenze Lawyers, PLC// Robinson, Calcagnie, | 3:21-cv-15485 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|-------|------------------|----------------------|-------------|
|  |  | Robinson, Shapiro, Davis, Inc. |  |
| 93. | Carl Burns | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15505 |
| 94. | Tanjie Johnson | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15525 |
| 95. | Katherine Dugger | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15561 |
| 96. | Katie Buie | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15596 |
| 97. | Kaysha Slack | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15600 |
| 98. | Michelle May | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15610 |
| 99. | Kellie Stewart | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15612 |
| 100. | Nancy Crowe | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15617 |
| 101. | Kendra Williams | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15621 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 102. | Nina Masterson | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15623 |
| 103. | Pamula Moore | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15658 |
| 104. | Taylor Letitia | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15667 |
| 105. | Lillie Scarlett | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15669 |
| 106. | Penny Hord | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15674 |
| 107. | Lolita Earle Sumpter | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15730 |
| 108. | Regina Whitaker Falcon | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15741 |
| 109. | Rita Love | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15742 |
| 110. | Martha E. Oropeza | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15807 |
| 111. | Melody Menefee Yingling | Lenze Lawyers, PLC// Robinson, Calcagnie, | 3:21-cv-15821 |

11

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| | | Robinson, Shapiro, Davis, Inc. | |
| 112. | Monica Sanchez | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15826 |
| 113. | Sandra Hicks | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15839 |
| 114. | Selena Lopez-Rey | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15882 |
| 115. | Sharri Neuman | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15888 |
| 116. | Patricia Talamantes | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15891 |
| 117. | Phyllis Strawhorn | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15908 |
| 118. | Porschia Young | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15954 |
| 119. | Rebecca Roberts | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15963 |
| 120. | Tanya Felkins | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16016 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 121. | Teresa Coward | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16019 |
| 122. | Teresa Gossard | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16020 |
| 123. | Sandra Sue Burns | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16030 |
| 124. | Tina Culpepper | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16037 |
| 125. | Tomieka Gilbert | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16038 |
| 126. | Sharon Thomaston | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16041 |
| 127. | Tonya Herring | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16052 |
| 128. | Sheila Callahan | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16053 |
| 129. | Shelley Patterson | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16058 |
| 130. | Tracy Jones | Lenze Lawyers, PLC// Robinson, Calcagnie, | 3:21-cv-16060 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| | | Robinson, Shapiro, Davis, Inc. | |
| 131. | Trudy Nordick | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16062 |
| 132. | Veronica Fraklin | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16065 |
| 133. | Wendy Lewis | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16092 |
| 134. | Yvonne Britten | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16096 |
| 135. | Stacy Walker-McGee | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16148 |
| 136. | Susan Pedersen | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16151 |
| 137. | Susette Smith | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16152 |
| 138. | Penny Riffe | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-17823 |
| 139. | Rebecca Fisher | Lenze Lawyers, PLC// Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-19838 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 140. | Natasha Lewis Fischer | Morgan & Morgan | 3:23-cv-06893 |
| 141. | Rhonda Cruz | Morgan & Morgan | 3:23-cv-10706 |
| 142. | Zachary Upchurch | Morgan & Morgan | 3:23-cv-10793 |
| 143. | Edward Wright | Morris Bart, LLC | 3:23-cv-06360 |
| 144. | George R. Lane | Nicole M Varisco, Esq | 3:21-cv-12094 |
| 145. | Casey Lanham | Poulin, Willey, Anastopoulo, LLC | 3:22-cv-06379 |
| 146. | Herman Watson, Olivia Watson | Pro se | 3:21-cv-15636 |
| 147. | Marsha McDowell | Reich & Binstock, LLP | 3:21-cv-18784 |
| 148. | Shannon Berwald | Reich & Binstock, LLP | 3:21-cv-18798 |
| 149. | Phil Porter | Reich & Binstock, LLP | 3:21-cv-18961 |
| 150. | Janelle Wilford | Reich & Binstock, LLP | 3:21-cv-18963 |
| 151. | Keener Humphrey | Reich & Binstock, LLP | 3:21-cv-18965 |
| 152. | Kenneth McClure | Reich & Binstock, LLP | 3:21-cv-19192 |
| 153. | Lillian Brown | Reich & Binstock, LLP | 3:21-cv-19194 |
| 154. | Tanya Thompson | Reich & Binstock, LLP | 3:21-cv-19201 |
| 155. | Alan Ettinger | Reich & Binstock, LLP | 3:21-cv-19204 |
| 156. | Kassandra Hardin | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14509 |
| 157. | Shamonda Owens | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14511 |
| 158. | Matthew King | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15088 |
| 159. | Lucia Ruiz | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15751 |
| 160. | Rose Mitchell | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15764 |
| 161. | Tamar Perkinson | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16176 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 162. | Toni Thomas | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16187 |
| 163. | Vanna Andrews | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16208 |
| 164. | Vivian Smith-Futrell | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16254 |
| 165. | Courtney Brown | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-05249 |
| 166. | Nicole Bolar | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-05287 |
| 167. | Marquera Delk | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-07090 |
| 168. | Olivia Graham | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-09960 |
| 169. | Michael Horris, The Estate of Gloria Hugo | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11364 |
| 170. | Linda Jackson, The Estate of Nakia Jackson | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11369 |
| 171. | Maurice Jones | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11374 |
| 172. | Donald Dowden, The Estate of Sheri Dowden Lee | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11381 |
| 173. | Roniqua Cargus | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12084 |
| 174. | Dominique Alexander | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12108 |
| 175. | Meshe Gonsalves | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12202 |
| 176. | Khristina Watters | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12430 |
| 177. | Kimberly Wallace | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12460 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 178. | Tiana Cannon | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12478 |
| 179. | Raquel Hoyte | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12593 |
| 180. | Linda Jackson | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12600 |
| 181. | Taunya Gaddie | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12691 |
| 182. | Danielle Henton | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12739 |
| 183. | Cathy Maddox | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12997 |
| 184. | Merlietha Geathers | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13021 |
| 185. | Debra Mendes | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13064 |
| 186. | Ina Golden | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13110 |
| 187. | Richard Avalos | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13115 |
| 188. | Chiree Nell Hanzy | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13131 |
| 189. | Philip Gaiduk | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13158 |
| 190. | Mary Anne Killiam | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13173 |
| 191. | Gloria Murillo | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13198 |
| 192. | Charlotte McDonald, The Estate of Martha Collins | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13209 |
| 193. | Tracey Wallace, The Estate of Carolyn Russ | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13229 |
| 194. | Dana Fabian, The Estate of Joyce Colvard | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13330 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 195. | William Evans | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13498 |
| 196. | Dolores Hunt | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13575 |
| 197. | Katrina Hunt | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13609 |
| 198. | Krystal Grady | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13610 |
| 199. | Candis Wright | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13776 |
| 200. | Lueverdia Hutchins | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13783 |
| 201. | Isabella Grubbs | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13865 |
| 202. | Ethel Leyuas | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13871 |
| 203. | Sandra Magee | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13874 |
| 204. | Kimila Middleton | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13875 |
| 205. | Steven Clark | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13878 |
| 206. | Janet Waker | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13906 |
| 207. | Trena Walker | Simmons Hanly Conroy | 3:21-cv-18679 |
| 208. | Harriet Bradley | Simmons Hanly Conroy | 3:23-cv-08302 |
| 209. | Barbara Caskey | Simmons Hanly Conroy | 3:23-cv-08583 |
| 210. | Jo Ann Dyment, Estate of Tania Dyment, Ivan Joe Garcia | Singleton Schreiber, LLP | 3:23-cv-06739 |
| 211. | Sheila Richardson | Slater, Slater, Schulman, LLP | 3:21-cv-07033 |
| 212. | Charlene Tyler | Slater, Slater, Schulman, LLP | 3:21-cv-10049 |
| 213. | Mara Ortiz | Slater, Slater, Schulman, LLP | 3:21-cv-13597 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 214. | Gertie Moore | The Benton Law Firm, PLLC | 3:21-cv-07204 |
| 215. | Betty Joann Bernhardt | The Carlson Law Firm | 3:23-cv-08530 |
| 216. | Kelly Colahan | The Carlson Law Firm | 3:23-cv-10724 |
| 217. | Sandra Landefeld | The Carlson Law Firm | 3:23-cv-12426 |
| 218. | Donna Moncrief | The Carlson Law Firm | 3:23-cv-12636 |
| 219. | Ramonia Roberts | The Carlson Law Firm | 3:23-cv-13165 |
| 220. | Sandra Sanderson | The Cuffie Law Firm | 3:21-cv-17143 |
| 221. | Elizabeth Jackson | The Cuffie Law Firm | 3:21-cv-20517 |
| 222. | Frances Zemo | The Dunken Law Firm | 3:21-cv-17379 |
| 223. | Carlton Kitchens, Katharine Kitchens | The Ferraro Law Firm, P.A. | 3:21-cv-10452 |
| 224. | Kimberley Smart | The Ferraro Law Firm, P.A. | 3:21-cv-12700 |
| 225. | Terri Samuels | The Levensten Law Firm, P.C. | 3:23-cv-08507 |
| 226. | Felicia Mack | Wagstaff Law Firm | 3:21-cv-18574 |

**Second Amended Plaintiff Profile Form Deficiency List**
**Cases Subject to the April 16, 2025 Order to Show Cause – ECF No. 33664**

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 1. | Jill Lee | Andrus Wagstaff, P.C. | 3:20-cv-14669 |
| 2. | Judi Marie Tuinstra | Baum, Hedlund, Aristei & Goldman, P.C. | 3:20-cv-05892 |
| 3. | Stephen J. Carroll, The Estate of Ina Carroll | Baum, Hedlund, Aristei & Goldman, P.C. | 3:20-cv-06190 |
| 4. | Lydee Jeanette Barreto De Hiller, Alfredo Hiller | Baum, Hedlund, Aristei & Goldman, P.C. | 3:20-cv-16811 |
| 5. | Leanne Jane Christensen | Baum, Hedlund, Aristei & Goldman, P.C. | 3:20-cv-19659 |
| 6. | Zulma Ortiz | Carazo Quetglas Law Offices | 3:20-cv-20391 |
| 7. | Aidee Cardona-Acevedo | Carazo Quetglas Law Offices | 3:20-cv-20407 |
| 8. | Joanna Davis | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08511 |
| 9. | Latisha Simmons | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08643 |
| 10. | Dorothy Creech | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08647 |
| 11. | Maggie Peace | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08653 |
| 12. | Desrie Fagot | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09249 |
| 13. | Debra Grenzow | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09251 |
| 14. | Joann Martin | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09255 |
| 15. | Juanita Rivera | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09257 |
| 16. | Mollie Robinson-Miodovski | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10022 |
| 17. | Vanessa Vollaire | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10139 |

20

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 18. | Nichelle Page | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10147 |
| 19. | Silvia Moreno | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10149 |
| 20. | Raydel Castaneda | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10155 |
| 21. | Maria Carrillo | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10277 |
| 22. | Debra Knox | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10575 |
| 23. | Dana White | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10578 |
| 24. | Regina Rumple | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10993 |
| 25. | Darlene A. Briggs-Harlow | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11404 |
| 26. | Susan Flynn | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11411 |
| 27. | Debra Dagh-Goodman | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11415 |
| 28. | Dolores Butt | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11648 |
| 29. | Sandra Perry | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11658 |
| 30. | Melissa J. Sweeten | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11901 |
| 31. | Carol A. Carbonneau | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12174 |
| 32. | Donna DaVazier | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12175 |
| 33. | Sherry Hanson | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12372 |
| 34. | Connie Radford | Davis, Bethune & Jones, L.L.C. | 3:20-cv-13625 |
| 35. | Carol Bensch | Davis, Bethune & Jones, L.L.C. | 3:20-cv-13634 |
| 36. | Chastity Hughes | Davis, Bethune & Jones, L.L.C. | 3:20-cv-14022 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 37. | Barbara Heinkel | Davis, Bethune & Jones, L.L.C. | 3:20-cv-14572 |
| 38. | Olga Cruz | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15363 |
| 39. | Tammy Sweitzer-Simental | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15364 |
| 40. | Summer Shannon | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15367 |
| 41. | Madeline Roney | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15369 |
| 42. | Joyce Johnson | Davis, Bethune & Jones, L.L.C. | 3:20-cv-18310 |
| 43. | Katona Blanche | Driscoll Firm, P.C. | 3:20-cv-01337 |
| 44. | Leigh Ann Wilhoite | Driscoll Firm, P.C. | 3:20-cv-01344 |
| 45. | Patricia Byrd | Driscoll Firm, P.C. | 3:20-cv-06420 |
| 46. | Kaley Majko | Driscoll Firm, P.C. | 3:20-cv-01341 |
| 47. | Evangely Nieves Naranjo | Driscoll Firm, P.C. | 3:20-cv-01342 |
| 48. | Heather Toney | Driscoll Firm, P.C. | 3:20-cv-01343 |
| 49. | Zaida Roberts | Driscoll Firm, P.C. | 3:20-cv-03169 |
| 50. | Yolanda Stewart | Driscoll Firm, P.C. | 3:20-cv-06167 |
| 51. | April Juarez | Driscoll Firm, P.C. | 3:20-cv-06229 |
| 52. | Barbara Goldstein | Driscoll Firm, P.C. | 3:20-cv-06230 |
| 53. | Cheryl Jensen | Driscoll Firm, P.C. | 3:20-cv-06231 |
| 54. | Denise Jones | Driscoll Firm, P.C. | 3:20-cv-06232 |
| 55. | Judy Meadows | Driscoll Firm, P.C. | 3:20-cv-06233 |
| 56. | Audrey Marlow | Driscoll Firm, P.C. | 3:20-cv-06234 |
| 57. | Brittainy Seibles | Driscoll Firm, P.C. | 3:20-cv-06247 |
| 58. | Maggie Peace | Driscoll Firm, P.C. | 3:20-cv-06412 |
| 59. | Christina Embry | Driscoll Firm, P.C. | 3:20-cv-06428 |
| 60. | Rhonda Myrick | Driscoll Firm, P.C. | 3:20-cv-06541 |
| 61. | Tammy Peace | Driscoll Firm, P.C. | 3:20-cv-06542 |
| 62. | Elaine Oxendine | Driscoll Firm, P.C. | 3:20-cv-06543 |
| 63. | Earlitha Hines | Driscoll Firm, P.C. | 3:20-cv-06740 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 64. | Veronica Flores | Driscoll Firm, P.C. | 3:20-cv-07537 |
| 65. | Jasmine Chambers, The Estate of Veronica Riggin | Driscoll Firm, P.C. | 3:20-cv-08972 |
| 66. | Mary Dodge | Driscoll Firm, P.C. | 3:20-cv-09726 |
| 67. | Kelli Yeager | Driscoll Firm, P.C. | 3:20-cv-09731 |
| 68. | Ilda M. Gordy | Driscoll Firm, P.C. | 3:20-cv-12086 |
| 69. | Robin McDonald | Driscoll Firm, P.C. | 3:20-cv-12164 |
| 70. | Norma Vasquez | Driscoll Firm, P.C. | 3:20-cv-12457 |
| 71. | Tammy Fryrear | Driscoll Firm, P.C. | 3:20-cv-12536 |
| 72. | Misti Boyle | Driscoll Firm, P.C. | 3:20-cv-12663 |
| 73. | Teri Pikula | Driscoll Firm, P.C. | 3:20-cv-13522 |
| 74. | Denise Assenti | Driscoll Firm, P.C. | 3:20-cv-13666 |
| 75. | Kathie Jo Sandoval | Driscoll Firm, P.C. | 3:20-cv-15215 |
| 76. | Terica Simmons | Driscoll Firm, P.C. | 3:20-cv-15220 |
| 77. | Carol Windsor | Driscoll Firm, P.C. | 3:20-cv-15244 |
| 78. | Giavonna Ferrer | Driscoll Firm, P.C. | 3:20-cv-17082 |
| 79. | Brad Davis, The Estate of Sharon Davis | Driscoll Firm, P.C. | 3:20-cv-17200 |
| 80. | Lora Blevins | Driscoll Firm, P.C. | 3:20-cv-20422 |
| 81. | Tresha Bush | Driscoll Firm, P.C. | 3:20-cv-20427 |
| 82. | Chandra Harris | Driscoll Firm, P.C. | 3:20-cv-20429 |
| 83. | Lynette Hunt | Driscoll Firm, P.C. | 3:20-cv-20431 |
| 84. | Brittany Lewis | Driscoll Firm, P.C. | 3:20-cv-20432 |
| 85. | Lasonia Nichols | Driscoll Firm, P.C. | 3:20-cv-20447 |
| 86. | Loretta Anderson Wilson | Frazer PLC | 3:20-cv-18464 |
| 87. | Casandra Devargas | Holland Law/Mueller Law/Gori Julian & Associates, P.C. | 3:20-cv-00911 |
| 88. | Dena Reed | Johnson & Becker, PLLC | 3:20-cv-17473 |
| 89. | Barbara Culver, Robert Culver | Kline & Specter, P.C. | 3:20-cv-00384 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 90. | Jessica Barner | Kline & Specter, P.C. | 3:20-cv-06022 |
| 91. | Bernadette Kerins, Michael Kerins | Kline & Specter, P.C. | 3:20-cv-06154 |
| 92. | Sheryl Krawczyk, John Krawczyk | Kline & Specter, P.C. | 3:20-cv-07488 |
| 93. | Rebecca Bollinger, John Bollinger | Kline & Specter, P.C. | 3:20-cv-07572 |
| 94. | Robinson, Felicia | Kline & Specter, P.C. | 3:20-cv-08523 |
| 95. | Olga Gonzalez-Sed, Augustin Sed | Kline & Specter, P.C. | 3:20-cv-10063 |
| 96. | Patricia Quitter, Roger Quitter | Kline & Specter, P.C. | 3:20-cv-10361 |
| 97. | Taylor N. Trainor | Kline & Specter, P.C. | 3:20-cv-10417 |
| 98. | Joseph T. Cassel, Arlene Cassel | Kline & Specter, P.C. | 3:20-cv-10442 |
| 99. | Linda A. O'Laughlin, Larry O'Laughlin | Kline & Specter, P.C. | 3:20-cv-12498 |
| 100. | Sue Kinsey, Kris Kinsey | Kline & Specter, P.C. | 3:20-cv-12500 |
| 101. | James Choi Chen, The Estate of Cui Xia Chen | Kline & Specter, P.C. | 3:20-cv-14652 |
| 102. | Tamara Grimstad | Kline & Specter, P.C. | 3:20-cv-14684 |
| 103. | Patricia Ann Boyle | Kline & Specter, P.C. | 3:20-cv-14704 |
| 104. | Administratrix Krystal Bratten, Larine Haper | Kline & Specter, P.C. | 3:20-cv-14968 |
| 105. | Patricia Ahner | Kline & Specter, P.C. | 3:20-cv-15115 |
| 106. | Laurie Kelly, James Kelly | Kline & Specter, P.C. | 3:20-cv-15192 |
| 107. | Donna C. Schumann, William T. Schuman | Kline & Specter, P.C. | 3:20-cv-16433 |
| 108. | Susan Kingree Dodge, The Estate of Sarah Jane Kingree | Kline & Specter, P.C. | 3:20-cv-18176 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 109. | Joy D. Davis | Law Offices of Donald G. Norris | 3:20-cv-10168 |
| 110. | Ramona Brooks | Law Offices of Theida Salazar | 3:20-cv-10348 |
| 111. | Carolyn Blackmon | Lenze Lawyers, PLC | 3:20-cv-00473 |
| 112. | Brandy Williamson | Lenze Lawyers, PLC | 3:20-cv-14834 |
| 113. | Carmela Salgado | Mary Alexander & Associates | 3:20-cv-17795 |
| 114. | The Estate of Rosetta Morrison, Gerald Morrison | McSweeney/Langevin, LLC | 3:20-cv-01641 |
| 115. | Tom Janzen | Onder Shelton O'Leary & Peterson | 3:20-cv-15191 |
| 116. | Marielle St. Pierre | Morrell Law Firm, PLLC | 3:20-cv-08662 |
| 117. | Dennis Bolger, Barbara Bolger, Timothy Bolger, Jason Bolger, Matthew Bolger, | Phillies Worthington and Allen | 3:20-cv-12389 |
| 118. | Donna Bocko | Potts Law Firm | 3:20-cv-01322 |
| 119. | Dianne Zirbel | Potts Law Firm | 3:20-cv-01326 |
| 120. | Teresa Hatfield | Potts Law Firm | 3:20-cv-18736 |
| 121. | Margaret Bush | Pribanic & Pribanic, LLC | 3:20-cv-03407 |
| 122. | Gary Lunardini, The Estate of Cecilia Lunardini | Pribanic & Pribanic, LLC | 3:20-cv-05545 |
| 123. | Phillip R. Fagan, Janet Armitage | Pribanic & Pribanic, LLC | 3:20-cv-06283 |
| 124. | Barbara Bell, Samuel Bell | Pribanic & Pribanic, LLC | 3:20-cv-12791 |
| 125. | James Worrall, Chloe Worrall, James A. Worrall, Hannah Worrall, Rachael Worrall | Pro Se | 3:20-cv-01152 |
| 126. | Williams, Kirk Williams, Kira | Pro Se | 3:20-cv-20423 |

25

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 127. | Debra Orah | Provost Umphrey Law Firm | 3:20-cv-01732 |
| 128. | Dale Lasneski | Provost Umphrey Law Firm | 3:20-cv-12679 |
| 129. | Jeannette Ehrenborg | Rappaport, Glass, Levine & Zullo | 3:20-cv-05857 |
| 130. | Helen Thompson | Rappaport, Glass, Levine & Zullo | 3:20-cv-05863 |
| 131. | Judith Madaj-Berger | Reich & Binstock, LLP | 3:20-cv-03040 |
| 132. | Nancy May Eaton, Calvin Eaton | Ross Law Offices, P.C. | 3:20-cv-00499 |
| 133. | Paula Karahalis, The Estate of Penelope Karahalis | Ross Law Offices, P.C. | 3:20-cv-04994 |
| 134. | Bruce Lewin Kelley | Ross Law Offices, P.C. | 3:20-cv-05737 |
| 135. | Hector D. Duran, The Estate of Rosa Duran | Shaw Cowart, LLP | 3:20-cv-01471 |
| 136. | Betty Keefover | Slater, Slater, Schulman, LLP | 3:20-cv-09333 |
| 137. | Shannon Jones | Slater, Slater, Schulman, LLP | 3:20-cv-12138 |
| 138. | Krystal R. McElmurray | Slater, Slater, Schulman, LLP | 3:20-cv-13724 |
| 139. | Anamaria Flores | Slater, Slater, Schulman, LLP | 3:20-cv-15529 |
| 140. | Melanie Keller | Slater, Slater, Schulman, LLP | 3:20-cv-16158 |
| 141. | Ruby Hicks | Sweet & Associates | 3:20-cv-07954 |
| 142. | Marian Hamilton | Sweet & Associates | 3:20-cv-07956 |
| 143. | Maria Dent | Sweet & Associates | 3:20-cv-07965 |
| 144. | Annie Dent | Sweet & Associates | 3:20-cv-08013 |
| 145. | Evelyn Hardy | Sweet & Associates | 3:20-cv-08031 |
| 146. | Cathryn Anyanw, The Estate of Bettie Bell | Sweet & Associates | 3:20-cv-08048 |
| 147. | Glenda Barnett | The Benton Law Firm | 3:20-cv-12845 |
| 148. | Wanda Merry | The Benton Law Firm | 3:20-cv-13052 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 149. | Elvin Gandy | The Benton Law Firm | 3:20-cv-13469 |
| 150. | Reinesha Maples | The Benton Law Firm | 3:20-cv-14388 |
| 151. | Kenneth Hauser | The Benton Law Firm | 3:20-cv-15028 |
| 152. | Deborah Rosseau | The Benton Law Firm | 3:20-cv-15059 |
| 153. | Joseph Green, The Estate of Martha Green | The Benton Law Firm | 3:20-cv-15074 |
| 154. | Shirley Mendez | The Benton Law Firm | 3:20-cv-15647 |
| 155. | Linda Singleton-Gaboian | The Benton Law Firm | 3:20-cv-15911 |
| 156. | Diana San Nicolas | The Benton Law Firm | 3:20-cv-16446 |
| 157. | Robyn Ratliff | The Benton Law Firm | 3:20-cv-18391 |
| 158. | Elvia Mata | The Benton Law Firm | 3:20-cv-18584 |
| 159. | Krissandra Stephens | The Driscoll Law Firm, LLC | 3:20-cv-03324 |
| 160. | Jennifer Green | The Driscoll Law Firm, LLC | 3:20-cv-05386 |
| 161. | Mary Perez | The Driscoll Law Firm, LLC | 3:20-cv-05393 |
| 162. | Deborah Witter | The Driscoll Law Firm, LLC | 3:20-cv-05395 |
| 163. | Alyssa Segui | The Driscoll Law Firm, LLC | 3:20-cv-05400 |
| 164. | Lydia Hudson-Givens | The Driscoll Law Firm, LLC | 3:20-cv-09017 |
| 165. | Lucy Richardson | The Ferraro Law Firm, P.A. | 3:20-cv-00047 |
| 166. | Catherine Musseau | The Ferraro Law Firm, P.A. | 3:20-cv-14752 |
| 167. | The Estate of Jennie Loomis | The Freeman Law Firm | 3:20-cv-14538 |
| 168. | Lucille Meyers | The Freeman Law Firm | 3:20-cv-14603 |
| 169. | Getty, Deena | The Segal Law Firm | 3:20-cv-12727 |
| 170. | Kimeri Shull, Darrin Shull | The Segal Law Firm | 3:20-cv-14963 |
| 171. | Tarnasha Smith | The Segal Law Firm | 3:20-cv-16263 |
| 172. | Kenneth Payton, The Estate of Sandra Payton | The Segal Law Firm | 3:20-cv-16355 |
| 173. | James W. Swope, The Estate of Mary Swope | The Segal Law Firm | 3:20-cv-16408 |

| Row # | Plaintiff's Name | Plaintiff's Law Firm | Case Number |
|---|---|---|---|
| 174. | Shirlene D. Brown | The Segal Law Firm | 3:20-cv-17022 |
| 175. | Shavonne Williams | The Segal Law Firm | 3:20-cv-17041 |
| 176. | Frederica Daniels, Bernard Daniels | The Segal Law Firm | 3:20-cv-17060 |
| 177. | Patricia Farrar | The Segal Law Firm | 3:20-cv-17067 |
| 178. | Kimberly D. Brown | The Segal Law Firm | 3:20-cv-18362 |
| 179. | Pamela Dawson, The Estate of Tamara McCoy | The Segal Law Firm | 3:20-cv-18396 |
| 180. | Laura Butler, The Estate of Jessie Swenson | The Segal Law Firm | 3:20-cv-18507 |
| 181. | Teresa Bogard | The Segal Law Firm | 3:20-cv-18620 |
| 182. | Erica White | The Segal Law Firm | 3:20-cv-18673 |
| 183. | Joan Jeffries, The Estate of Tonya Jeffries | The Segal Law Firm | 3:20-cv-19169 |
| 184. | Dawn Bader | The Segal Law Firm | 3:20-cv-19544 |
| 185. | LaKisha Jordan, The Estate of Blanchie Dorth | The Segal Law Firm | 3:20-cv-19615 |
| 186. | Thomas Person, The Estate of Tranetta Person | The Segal Law Firm | 3:20-cv-20218 |
| 187. | Shannon Sasala, Richard Sasala | The Segal Law Firm | 3:20-cv-20244 |
| 188. | Janice Osborne, The Estate of Dorothy Ingram | TorHoerman Law LLC | 3:20-cv-20245 |
| 189. | Steve Carnley, The Estate of Rosario Carnley | Wexler Wallace LLP | 3:20-cv-09665 |